IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROLAND STANLEY MAINOR,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D23-323
LT Case No. 16-2010-CF-1799-AXXX

_____/

Decision filed April 11, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Roland Stanley Mainor, Lake Butler,
pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.